THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* A. LOMBARDI PURAZZO, Appellant.

Argued April 11, 1951; decided May 24, 1951.

*Joseph Aronstein* for appellant.

*Frank S. Hogan, District Attorney* (*Chester E. Kleinberg* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.